UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TANVIR AMNA

                  Plaintiff,

- against -

NEW YORK STATE DEPARTMENT OF
HEALTH, THE STATE OF NEW YORK,

                  Defendant.

------------------------------------------------------------X

**ORDER**
**08-CV-2806 (CBA)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated December 2, 2009, plaintiff states that she received responses to her discovery demands but the responses were "severely deficient." See docket entry 45. Plaintiff served additional discovery requests on November 18, 2009 and November 30, 2009, but states she has not received a response from defendant. Id. Plaintiff also requests that the Court provide her with a room in the Courthouse with a "tape recording facility" so she may conduct twenty depositions. Id.

As outlined in the Court's January 18, 2009 Order, plaintiff must make a good faith effort to resolve any dispute regarding discovery with defendant's counsel before requesting the Court's assistance. Fed. R. Civ. P. 26(c); Local Civil Rule 37.3; docket entry 17. Defendant is still within the prescribed time to respond to plaintiff's additional discovery requests. Furthermore, defendant has responded that it is "working on addressing the issues raised by plaintiff." See docket entry 46. Therefore, plaintiff should have made an effort to resolve these issues with defendant before writing the Court.

Plaintiff's requests for the Court to provide tape recording services and to depose twenty individuals is denied. As the Court has advised plaintiff during conferences in this action, each

party bears its own costs of conducting discovery. See docket entry 17. Parties are limited to conducting ten depositions. See Fed. R. Civ. P. 30(a)(2)(A)(i). If plaintiff cannot afford to hire a court reporter to administer the required oath and record the deponent's testimony, see Fed. R. Civ. P. 28 and 30(c), plaintiff may conduct depositions upon written questions pursuant to Fed. R. Civ. P. 31. As plaintiff has hired attorneys to represent her in this action, albeit she has also dismissed these attorneys, the Court will not arrange an alternative means for plaintiff to conduct depositions. Plaintiff shall make her own arrangements to conduct ten or less depositions within her own financial constraints.[1]

SO ORDERED.

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: December 14, 2009
Brooklyn, New York

---

[1] Defendant's counsel states that the Office of the Attorney General will provide a room for plaintiff to conduct her depositions. See docket entry 46.