UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
TANVIR AMNA,

                Plaintiff,                NOT FOR PUBLICATION
                                               ORDER
       - against -                     08 CV 2806 (CBA) (LB)

NEW YORK STATE DEPARTMENT OF
HEALTH, THE STATE OF NEW YORK,

                Defendant.
-------------------------------------------------X
Amon, United States District Judge:

       Pursuant to plaintiff Tanvir Amna's application at the pre-motion conference held on May 20, 2010, the Court relieves Mr. Sher from any further representation of plaintiff. Ms. Amna will proceed pro se. On September 3, 2009, Magistrate Judge Lois Bloom's issued a Report and Recommendation ("R&R") recommending that plaintiff's motion to amend her complaint to add five new defendants pursuant to her 42 U.S.C. §1983 claim and to add state law claims of defamation and slander be denied. As no party has objected, the Court adopts the R&R in full and denies plaintiff's motion to amend the complaint.

       SO ORDERED.

Dated: Brooklyn, New York
       May 20, 2010

                                                       /Signed by Judge Amon/
                                                       Carol Bagley Amon
                                                       United States District Judge