UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TANVIR AMNA,

                    Plaintiff,

   -against-

NEW YORK STATE DEPARTMENT OF HEALTH,
THE STATE OF NEW YORK,

                    Defendant.
-----------------------------------------------------------X

JUDGMENT
08-CV- 2806 (CBA)

        A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 30, 2011, granting the Defendant's motion for summary judgment; it is

        ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
         October 03, 2011

                                          s/DCP
                                      DOUGLAS C. PALMER
                                      Clerk of Court